FILED
4/8/19 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                           :
STEPHEN E. TUREK and             :    BANKRUPTCY NO. 19-21176
KAREN L. TUREK                   :    CHAPTER 7
     Debtors                     :
                                 :    Related Dkt. No. 8
FRANK C. MCKINNEY and            :
KAREN L. TUREK                   :
       Movants                   :
           v.                    :
                                 :
No Respondents                   :
       Respondents               :
```

**ORDER GRANTING MOTION TO EXTEND**

And now, this  8th  day of April, 2019, upon consideration of the foregoing Motion for Extension of Time to File Schedules, Statement of Social Security Number, Declaration RE: Electronic Filing, and Statement of Financial Affairs, it is hereby ORDERED and DIRECTED that the same is granted, and the Debtors shall have until April 19, 2019, to file their Schedules, Statement of Social Security Number, Declaration RE: Electronic Filing, Statement under Section 342(a) and Rule 22, and Statement of Financial Affairs.

BY THE COURT,

Dated: 4/8/19
cm: Preston Younkins, Esq.

_____
GREGORY L. TADDONIO
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-21176-GLT
Stephen E Turek                                                       Chapter 7
Karen L. Turek
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin              Page 1 of 1           Date Rcvd: Apr 08, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db/jdb         +Stephen E Turek,   Karen L. Turek,   703 Christy Ave.,   Ford Cliff, PA 16228-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.axosfs.com;gbivens@spencecuster.com;TrusteeWalsh@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston T. Younkins    on behalf of Debtor Stephen E Turek ptylaw@windstream.net,
               ptylaw@windstream.net
              Preston T. Younkins    on behalf of Joint Debtor Karen L. Turek ptylaw@windstream.net,
               ptylaw@windstream.net
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6