

| EMPLOYEE NO | PAYMENT DATE | CHECK DATE | CHECK # | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 751222 | 03/30/2019 | 04/04/2019 | 1442015 | 1,244.93 | 1,016.25 |

| PAY TYPE | HOURS | RATE | AMOUNT | YEAR TO DATE | DEDUCTION | AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Overtime | 15.40 | 18.1125 | 278.93 | 805.64 | | | |
| Regular Pay | 80.00 | 12.0750 | 966.00 | 6,086.05 | | | |
| Holiday | 0.00 | 0.0000 | 0.00 | 194.72 | | | |
| Vacation Pay | 0.00 | 0.0000 | 0.00 | 413.26 | | | |

| PAY TOTALS: | 95.40 | | 1,244.93 | 7,499.67 | DED. TOTALS: | 0.00 | 0.00 |

| TAX TYPE | STATE | LOCALITY | TAXABLE | AMOUNT | YEAR TO DATE | EXEMPTIONS |
|---|---|---|---|---|---|---|
| F.I.C.A. | | | 1,244.93 | 77.19 | 464.98 | |
| F.I.C.M. | | | 1,244.93 | 18.06 | 108.75 | |
| FIT | | | 1,244.93 | 80.01 | 434.89 | M-000 |
| Income Tax | Pennsylvania | | 1,244.93 | 38.22 | 230.25 | M-000 |
| Unemployment | Pennsylvania | | 1,244.93 | 0.75 | 4.49 | |
| County Tax | Pennsylvania | Parks Twp-Armst | 1,244.93 | 12.45 | 75.00 | M-000 |
| Local Services | Pennsylvania | Parks Twp-Armst | 1,244.93 | 2.00 | 14.00 | |

| | | TAX TOTALS: | 228.68 | 1,332.36 | |
|---|---|---|---|---|---|

| ENTITLEMENT | BUCKET | BALANCE | ABSENCE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Vacation | Vacation | 7.67 | | | |

Period Beg Date: 03/17/2019        Stephen E Turek