IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-21176** |
| **Stephen E Turek** | : | |
| **Karen L. Turek** | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Stephen E Turek** | : | |
| **Karen L. Turek** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Preston T. Younkins 50790**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Preston T. Younkins**
Signature
**Preston T. Younkins 50790**
Typed Name
**200 N. Jefferson St.**
**The Old Library**
**Kittanning, PA 16201**
Address
**724-548-8166 Fax:724-548-8644**
Phone No.
**50790 PA**
List Bar I.D. and State of Admission

Ally Automotive Financing
P. O. Box 380901
Minneapolis, MN 55438

Apothaker & Associates, PC
520 Fellowship Rd., C306
Mount Laurel, NJ 08054

BankOne
P. O. Box 15298
Wilmington, DE 19886-5153

Calvary SPVI, LLC
500 Summit Lake Dr., Suite 400
Valhalla, NY 10595-1340

Capital One Bank
P. O. Box 30281
Salt Lake City, UT 84130-0281

CitiBank Mastercard
P. O. Box 6241
Sioux Falls, SD 57117

People's Natural Gas Co.
P. O. Box 86188
Pittsburgh, PA 15221