# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Stephen E Turek**, **Karen L. Turek**, Debtor(s)

Case No. **19-21176**
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Stephen E Turek**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.



I, **Karen L. Turek**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **April 13, 2019**     Signature **/s/ Stephen E Turek**
**Stephen E Turek**
Debtor

Date **April 13, 2019**     Signature **/s/ Karen L. Turek**
**Karen L. Turek**
Joint Debtor