Certificate Number: 17572-PAW-DE-032839953

Bankruptcy Case Number: 19-21176



17572-PAW-DE-032839953

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2019, at 12:02 o'clock PM PDT, Karen Turek completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 19, 2019

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor